Case Name: DAFFINSON, TROY LEE
          DAFFINSON, CHRISTINA MARIE
Case No:  05-71549

## **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: March 24, 2008                   WILLIAM T. NEARY
                                                   United States Trustee, Region 11


                              BY:   */s/ Carole J. Ryczek*
                                           CAROLE J. RYCZEK
                                           Attorney for the U.S. Trustee