IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
DAFFINSON, TROY LEE
DAFFINSON, CHRISTINA MARIE

CASE NO. 05-71549 MB

Judge Manuel Barbosa

Debtor(s)

Social Security/Employer Tax ID Number: xxx-xx-3673

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR
COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.    NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

At:    U.S. BANKRUPTCY COURT
211 South Court Street, Room 220
Rockford, IL 61101

on:    April 21, 2008
at:    9:30 a.m.

2.    The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any
objections to the Final Report, ruling on applications for compensation and expenses, and transacting such
other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND
CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.    The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|---|
| JAMES E. STEVENS Trustee | $ | 0.00 $ | 1,156.31 | |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA Trustee's Firm Legal | $ | 0.00 $ | 2,789.50 | |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA Trustee's Firm Legal | $ | 0.00 $ | $ | 75.00 |

4.    The Trustee's Final Report shows total:

a. Receipts                                                    $        4,625.22

b. Disbursements                                          $              5.64

C. Net Cash Available for Distribution          $        4,619.58

EXHIBIT A

5.  In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $782.41.  Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $0.00, to be distributed to the general unsecured creditors whose claims have been allowed.  The total amount of unsecured claims which will share in the distribution is $35,054.02, resulting in an approximate distribution of 0.00% to unsecured creditors.

6.  The debtor has been discharged.

7.  The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: 3/12/08                    /s/ James E. Stevens
                                 James E. Stevens

EXHIBIT A

**Bankruptcy Noticing Center**
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: jshores          Page 1 of 2          Date Rcvd: Mar 25, 2008
Case: 05-71549               Form ID: pdf002         Total Served: 80
```

The following entities were served by first class mail on Mar 27, 2008.
```
db          +Troy Lee Daffinson,    8017 Shaw Road,    Belvidere, IL 61008-8680
jdb         +Christina Marie Daffinson,    8017 Shaw Road,    Belvidere, IL 61008-8680
aty          Henry Repay,    Law Offices of Henry Repay,    405 1/2 South State Street,
             Belvidere, IL  61008-3706
tr          +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
             Rockford, IL 61108-2579
9122245     +Alexian Brothers,    800 Biesterfield,    Elk Grove Village, IL 60007-3396
9122247     +American Marketing & Publishing LLC,    P.O. Box 801,    DeKalb, IL 60115-0801
9122248      American Medical Security Life Insurance,    P.O. Box 19032,    Green Bay, WI 54307-9032
9122250     +Animal Medical Clinic,    4113 Morsay Drive,    Rockford, IL 61107-4874
9122251     +Attorney Paul S. Godlewski,    One Court Place, Ste. 103,    Rockford, IL 61101-1042
9122252      Badgers Creditors, Inc.,    P.O. Box 1788,    Wausau, WI 54402-1788
9197698     +Biehl & Biehl, Inc,    P O Box 66415,    Chicago, IL 60666-0415
9122253     +Blackhawk State Bank,    P. O. Box 719,    Beloit, WI 53512-0719
9197702     +Blitt & Gaines P C,    318 W Adams St,    Chicago, IL 60606-5111
9122254     +Blockbuster,    6430 E. State Street,    Rockford, IL 61108-2544
9122258     +CCS, Inc.,    23220 Chargin Blvd. #400,    Cleveland, OH 44122-5433
9122255     +Cabo Villas Customer Service,    1051 North Shore Dr.,    Detroit Lakes, MN 56501-4208
9122256     +Camelot Radiology Assoc.,    P.O. Box 1685,    Rockford, IL 61110-0185
9122257      Camelot Radiology Associates, Ltd.,    P.O. Box 2484,    Indianapolis, IN 46206-2484
9122259      Chex Systems, Inc.,    Dept. 2601,    Los Angeles, CA 90084-2601
9122260      Collection Company of America,    P.O. Box 329,    Norwell, MA 02061-0329
9122262     +Conde, Killoren, Bueschel & Calgaro,    120 West State Street, Ste. 400,    Rockford, IL 61101-1159
9197693      Credit Protection Association,    1335 Noel Rd,    Dallas, TX 75240
9197695     +D & B Receivable Management Service,    P O Box 482,    Richfield, OH 44286-0482
9342487     +Department of Employment Security,    4th Floor,    33 S. State St.,    Chicago, IL 60603-2802
9122263     +Dierks Waukesha,    P.O. Box 68-5015,    Milwaukee, WI 53268-0001
9122267     ++FRANCISCAN SKEMP HEALTHCARE,    700 WEST AVENUE SOUTH,    LA CROSSE WI 54601-4783
             (address filed with court: Franciscan Skemp Healthcare,    700 West Avenue South,
             La Crosse, WI 54601)
9122264      Farmer Bros. Coffee,    P.O. Box 2959,    Torrance, CA 90509-2959
9122265      First Premier Bank,    P.O. Box 5147,    Sioux Falls, SD 57117-5147
9122266     +Forest City Physical Therapy,    3920 N. Mulford, Ste. 2200,    Rockford, IL 61114-8008
9122268      G. C. Services Limited Partnership,    Collection Agency Division,    6330 Gulfton,
             P. O. Box 2667 (037),    Houston, TX 77252-2667
9122269     +GC Services Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1198
9122270     +Ginny's, Inc.,    1112 7th Avenue,    Monroe, WI 53566-1364
9122271     +Glenwood Center,    2823 Glenwood Avenue,    Rockford, IL 61101-3599
9122272     +Hansen & Hansen D.D.S., Ltd.,    318 College Avenue,    Rockford, IL 61104-2922
9122273      IL Dept. of Employment Security,    Northern Region,    260 East Indian Trail Road,
             Aurora, IL 60505
9122276     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
             Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
9197692     +Illinois Dept of Revenue,    Willard Ice Building,    101 West Jefferson St,
             Springfield, Il 62702-5145
9122275     +Integrated Leasing Corp,    600 Sylvan Avenue,    Englewood Cliffs, NJ 07632-3120
9122274      L. Robert Warren MD LLC,    P.O. Box 15840,    Loves Park, IL 61132-5840
9197694     +Lease Finance Group,    c/o Harris & Harris Ltd,    600 W Jackson Blvd,    Chicago, IL 60661-5636
9122277     +MBK & K, LLC,    6815 Weaver Road, Ste. 100,    Rockford, IL 61114-8018
9122278     +Monterey Collection Services,    P. O. Box 4658,    Carlsbad, CA 92018-4658
9122279     +Mutual Management Services,    401 East State Street, 2nd Floor,    P.O. Box 4777,
             Rockford, IL 61110-4777
9122280     +NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
9122281     +NCO Financial Systems, Inc.,    1804 Washington Blvd.,    Baltimore, MD 21230-1700
9122282     +NICOR Credit,    P.O. Box 549,    Aurora, IL 60507-0549
9122284     +ORS,    P. O. Box 292437,    Nashville, TN 37229-2437
9122285     +OSF Lifeline Ambulance, LLC,    1706 Rural Street,    Rockford, ILL 61107-3139
9122286     +OSF Saint Anthony Medical Center,    5666 E. State St.,    Rockford, IL 61108-2472
9122287      OSF St. Anthony Medical Center,    5666 E. State St.,    Rockford, IL 61108-2472
9122283     +Onyx,    8538 Highway 251 South,    Davis Junction, IL 61020-9706
10813369    +Onyx Waste Services, Inc.,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
             Timonium, Maryland 21094-5126,    Telephone Number: (410) 773-4085
9122288     +Parkway Bank & Trust Company,    P.O. Box 719,    Beloit, WI 53512-0719
9122289     +Physicians' Immediate Care,    11475 N. 2nd St.,    Machesney Park, IL 61115-1285
9829758     +Premier Bankcard,    CSI-Dept SDPR,    POB 2208,    Vacaville CA 95696-8208
9122290     +RCI Community,    7 Sylvan Way,    Parsippany, NJ 07054-3805
9122292     +++RICHARD MRUZ MD,    800 BIESTERFIELD RD STE 102,    ELK GROVE VILLAGE IL  60007-3372,
             Elk Grove Village, IL 60007
             (address filed with court: Richard Mruz MD,    810 Biesterfield Road,    Ste. 102,
             Elk Grove Village, IL 60007)
9122291      Regional Radiology Consultants, Ltd.,    6090 Strathmoor Drive, #6,    Rockford, IL 61107-5200
9197696     +Rockford Cardiology Associates,    P O Box 8410,    Rockford, IL 61126-8410
9122293     +Rockford Mercantile Agency, Inc.,    2502 S. Alpine  Road,    Rockford, IL 61108-7813
9197697     +Rockford Register Star,    99 E State St,    Rockford, IL 61104-1004
9197699     +SBC  Ameritech,    BK Dept,    P O Box 3909,    Oak Park, IL 60303-3909
9122295     +SBC Bankruptcy Desk,    P.O. Box 769,    Arlington, TX 76004-0769
9197700     +Specialty Graphics,    c/o Credit Management Services,    P O Box 398,
             Williamsville, NY 14231-0398
9122297      Supreme Court of New Mexico,    Administrative Office of the Courts,    Room 25,    237 Don Gaspar,
             Sante Fe, NM 87501-2178
9122298      The Swiss Colony, Inc.,    1112 7th Avenue,    Monroe, WI 53566-1364
```

```
District/off: 0752-3          User: jshores          Page 2 of 2          Date Rcvd: Mar 25, 2008
Case: 05-71549               Form ID: pdf002         Total Served: 80

9197701      +Thomas J Russell,   20 Olive St.,   Media, PA 19063-3228
9122299      +Thomas J. Russell,   20 S. Olive St.,   Media, PA 19063-3228
9122300       Through the County Door, Inc.,   1112 7th Avenue,   Monroe, WI 53566-1364
9122301      +Transworld Systems,   100 East Kimberly Road, #302,   Davenport, IA 52806-5943
9122302      +Transworld Systems, Inc.,   5880 Commerce Blvd.,   Rohnert Park, CA 94928-1644
9122305      +US Food Service,   80 International Drive,   Greenville, SC 29615-4841
9122303      +Unified Health Services,   P.O. Box 1000, Dept. 380,   Memphis, TN 38148-0001
9122304       Universal Fidelity Corporation,   P.O. Box 941911,   Houston, TX 77094-8911
9122306      +Waukesha Wholesale Foods, Inc.,   c/o Attorney Paul S Godlewski,   One Court Place Ste 103,
              Rockford IL 61101-1042
9122307      +Wedad Khedr, MD,   163 Cadillac Ct., #2,   Belvidere, IL 61008-1737
9122309      +Winnebago County Circuit Clerk,   400 W. State St.,   Rockford, IL 61101-1273

The following entities were served by electronic transmission on Mar 26, 2008.
9122246       Fax: 703-433-7292 Mar 26 2008 04:10:29   America Online,   P.O. Box 29593,
              New York, NY 10087-9593
9122249      +E-mail/Text: BANKRUPTCY@CITIRL.COM                      Ameriquest Mortgage,
              P. O. Box 11000,   Santa Ana, CA 92711-1000
9122261      +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com               Commonwealth Edison,
              Revenue Management Dept.,   2100 Swift Drive,   Oak Brook, IL 60523-1559
                                                                          TOTAL: 3


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9122296       South Hill Finance,   Box 99,   Prince Albert, Sask.,   S6V 5R4
aty*         +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
              Rockford, Il 61008-2579
9122294*     +Rockford Mercantile Agency, Inc.,   2502 S. Alpine Road,   Rockford, IL 61108-7813
9122308*     +Wedad Khedr, MD,   163 Cadillac Ct. #2,   Belvidere, IL 61008-1737
                                                                          TOTALS: 1, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 27, 2008**                    **Signature:**    _Joseph Speetjens_