UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| TROY LEE AND CHRISTINA DAFFINSON | ) | Case No. 05 B 71549 |
| | ) | |
| Debtor. | ) | Judge Manuel Barbosa |

## TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE

TO: THE HONORABLE BANKRUPTCY JUDGE MANUEL BARBOSA

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks were issued. All evidence of all cancelled checks are attached as Group Exhibit "A,

The final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, request that he be discharged, and the case closed pursuant to 11 U.S.C. Section 350.

_____
TRUSTEE, JAMES E. STEVENS

### CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated: June 23, 2008

WILLIAM T. NEARY,
United States Trustee

By: _Christine K. Miller_

Christine K. Miller
Paralegal Specialist

BARRICK, SWITZER, LONG
BALSLEY & VAN EVERA
BY: JAMES E. STEVENS
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

May 01, 2008 through May 30, 2008
Account Number: **000312976863466**

### CUSTOMER SERVICE INFORMATION

Service Center:  1-800-634-5273



00016737 DBI 802 24 15408 - NNNNN 1 000000000 60 0000
05-71549 DAFFINSON TROY LEE DAFFINSON CH
330420 JAMES STEVENS TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY      Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $598.77 |
| Checks Paid | 1 | - 598.77 |
| Ending Balance | 1 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 104 | 05/21 | $598.77 |
| Total Checks Paid |  | $598.77 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 05/21 | $0.00 |

**JPMorganChase**

April 01, 2008 through April 30, 2008

Account Number: **000312976863466**

ACCOUNT # 000312976863466
DAFFINSON TROY LEE
05-71549

**IMAGES**




004910859398 APR 23 #0000000101 $2,789.50



004910859398 APR 23 #0000000101 $2,789.50



004910859399 APR 23 #0000000102 $75.00



004910859399 APR 23 #0000000102 $75.00

**JPMorganChase**

April 01, 2008 through April 30, 2008

Account Number: **000312976863466**

ACCOUNT # 000312976863466
DAFFINSON TROY LEE
05-71549



004910859397 APR 23 #0000000103 $1,156.31





004910859397 APR 23 #0000000103 $1,156.31

Page 3 of 3

**JPMorganChase**

May 01, 2008 through May 30, 2008

Account Number: **000312976863466**

ACCOUNT # 000312976863466
DAFFINSON TROY LEE
05-71549

**IMAGES**





008570749876 MAY 21 #0000000104 $598.77

008570749876 MAY 21 #0000000104 $598.77

**JPMorganChase**

June 01, 2007 through June 29, 2007

Account Number: **000312976863465**

**IMAGES**

ACCOUNT # 000312976863465



109170758354 JUN 14 #0000001001 $5.64



109170758354 JUN 14 #0000001001 $5.64